| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Risun Technology (HK) Limited**
Bankruptcy Case: **HRB Winddown, Inc.**
Preference Period: **Sep 19, 2019 - Dec 18, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080715V | $37,800.00 | 10/25/2019 | I190774 | 9/23/2019 | $37,800.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080658AAA | $37,800.00 | 10/18/2019 | I190773 | 9/19/2019 | $37,800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:** | **2 transfer(s),** | **$75,600.00** | | | | | |

Risun Technology (HK) Limited (2266315)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1